# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: APPLICATION OF **VALITUS, LTD.** FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 20-mc-91133-FDS |

## JOINT STATUS REPORT

This Court on November 2, 2020, granted Valitus, Ltd.'s ("Valitus") motion to compel Bain Capital Holdings (GP) Ltd. ("BCH") "to the extent that it seeks relevant document production from BCH and the parties certify compliance with the EU General Data Production Regulation." (Docket No. 26 at 18.)  The Court further ordered Valitus and BCH to "confer, and no later than November 30, 2020, either agree on procedures regarding costs and indemnification in the event of non-compliance with the GDPR, or file a status report with the court setting out any further areas of disagreement." *Id*.

Counsel for the parties conferred by telephone conference call on November 11, 16, and 24, 2020.

BCH believes that all documents to be produced are in compliance with the GDPR and indemnification by Valitus is unnecessary.

Valitus and BCH have conferred regarding the documents to be produced.  While no documents have been produced to date, BCH is in the process of gathering and reviewing documents.

The parties will update the Court if necessary as they work towards a final production in compliance with the Court's November 2, 2020 order.

| | |
|---|---|
| VALITUS, LTD,<br>By its attorneys, | BAIN CAPITAL HOLDINGS (GP), LLC,<br>By its attorneys, |
| /s/ John D. Stuebing | /s/ Robert G. Jones |
| Mark S. Furman (BBO# 181680)<br>John D. Stuebing (BBO# 483800)<br>TARLOW, BREED, HART & RODGERS, P.C.<br>Prudential Center<br>101 Huntington Avenue<br>Boston, MA 02199-7635<br>Tel: (617) 218-2000<br>Fax: (617) 216-7373<br>mfurman@tbhr-law.com<br>jstuebing@tbhr-law.com<br><br>Andrew J. Durkovic (*pro hac vice*)<br>Amsterdam & Partners LLP<br>Suite 110<br>1054 31st Street, NW<br>Washington, DC 20007<br>(202) 669-2974 | Robert G. Jones (BBO# 630767)<br>ROPES & GRAY, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel. (617) 951-7000<br>Fax: (617) 951-7050<br>robert.jones@ropesgray.com |

Dated: November 30, 2020