**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: APPLICATION OF **VALITUS, LTD.** FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 20-mc-91133-FDS |

## JOINT STATUS REPORT

This Court on November 2, 2020 granted Valitus, Ltd.'s ("Valitus") motion to compel Bain Capital Holdings (GP) Ltd. ("BCH") "to the extent that it seeks relevant document production from BCH and the parties certify compliance with the EU General Data Production Regulation." (Docket No. 26 at 18.) The Court further ordered Valitus and BCH to "confer, and no later than November 30, 2020, either agree on procedures regarding costs and indemnification in the event of non-compliance with the GDPR, or file a status report with the court setting out any further areas of disagreement." *Id*.

Counsel for the parties filed a joint status report with the Court on November 30, 2020. The joint status report set forth the parties' meet and confer efforts, BCH's position that all documents to be produced are in compliance with the GDPR, and while no documents had been produced to date, that BCH was in the process of gathering and reviewing documents.

On December 1, 2020, the Court subsequently ordered the parties to provide an update on BCH's compliance with the November 2, 2020 order by December 30, 2020.

In compliance with the Court's order for BCH to produce responsive documents, BCH has conducted a search and BCH's counsel is currently reviewing documents for responsiveness and privilege. BCH anticipates producing documents to Valitus no later than the week of January 4, 2020.

| | |
|---|---|
| VALITUS, LTD,<br>By its attorneys, | BAIN CAPITAL HOLDINGS (GP), LLC,<br>By its attorneys, |
| /s/ John D. Stuebing | /s/ Robert G. Jones |
| Mark S. Furman (BBO# 181680)<br>John D. Stuebing (BBO# 483800)<br>TARLOW, BREED, HART & RODGERS, P.C.<br>Prudential Center<br>101 Huntington Avenue<br>Boston, MA 02199-7635<br>Tel:  (617) 218-2000<br>Fax: (617) 216-7373<br>mfurman@tbhr-law.com<br>jstuebing@tbhr-law.com<br><br>Andrew J. Durkovic (*pro hac vice*)<br>Amsterdam & Partners LLP<br>Suite 110<br>1054 31st Street, NW<br>Washington, DC 20007<br>(202) 669-2974 | Robert G. Jones (BBO# 630767)<br>ROPES & GRAY, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel.  (617) 951-7000<br>Fax: (617) 951-7050<br>robert.jones@ropesgray.com |

Dated:  December 28, 2020