# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: APPLICATION OF **VALITUS, LTD.** FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 20-mc-91133-FDS |

## JOINT STATUS REPORT

Valitus, Ltd.'s ("Valitus") and Bain Capital Holdings (GP) Ltd. ("Bain Capital") submit this Joint Status Report in accordance with this Court's Order dated March 23, 2021.

This Court authorized the issuance of subpoena to Bain Capital for the production of documents for use in a proceeding pending in Nantes, France. Bain Capital produced an electronic files containing approximately 9,800 pages of documents.

There does not appear to be any further discovery issues to be resolved regarding the subpoena. However, issues may be revealed during the ongoing final preparations for the trial in Nantes, France. Whether any discovery issues exist as a result of the trial preparations in Nantes, France are expected to be known by May 6, 2021.

| | |
|---|---|
| VALITUS, LTD, By its attorneys, | BAIN CAPITAL HOLDINGS (GP), LLC, By its attorneys, |
| /s/ John D. Stuebing_____ Mark S. Furman (BBO# 181680) John D. Stuebing (BBO# 483800) TARLOW, BREED, HART & RODGERS, P.C. Prudential Center 101 Huntington Avenue Boston, MA 02199-7635 Tel: (617) 218-2000 Fax: (617) 216-7373 mfurman@tbhr-law.com jstuebing@tbhr-law.com | /s/ Robert G. Jones_____ Robert G. Jones (BBO# 630767) ROPES & GRAY, LLP Prudential Tower 800 Boylston Street Boston, MA 02199-3600 Tel. (617) 951-7000 Fax: (617) 951-7050 robert.jones@ropesgray.com |

Andrew J. Durkovic (*pro hac vice*)
Amsterdam & Partners LLP
Suite 110
1054 31st Street, NW
Washington, DC 20007
(202) 669-2974                                                                 Dated: April 29, 2021

4836-2347-8497.v1